IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JORGE CASANOVA

       Plaintiff

v.                                    CIV 08-0288 BB/CG

ROBERT ULIBARRI,

       Defendant

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed proposed findings on February 18, 2010, recommending that these matters be consolidated after the appeal concluded. *See Doc. 32.* The Tenth Circuit issued the mandate and this case was reopened on March 3, 2010. *See Docs. 33, 34.*

The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To-date, no party has filed objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED** that this matter is consolidated with *Casanova v. CNMCF, et al*, CIV 09-1121 MCA/CG.


_____
UNITED STATES DISTRICT JUDGE