IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JORGE CASANOVA

        Plaintiff

v.                                                    CIV 08-0288 BB/CG

ROBERT ULIBARRI, Warden,
CENTRAL NEW MEXICO CORRECTIONS
DEPARTMENT,
JOSE ROMERO, Former Warden,
RAY GARCIA, Correction Officer,

        Defendants.

– AND –

JORGE CASANOVA,

        Plaintiff,

v.                                                    CIV 09-1121 BB/CG

CENTRAL NEW MEXICO CORRECTIONS
DEPARTMENT, CNMCF Los Lunas Prison,
JOSE ROMERO, Former Warden, and
RAY GARCIA, Correction Officer,

        Defendants.

**ORDER FOR LAST KNOWN ADDRESS**

**THIS MATTER** is before the Court *sua sponte* for an Order directing the named defendants in this case to furnish the last known address for Defendant Jose Romero. On March 29, 2010, United States District Judge Black originally requested that the last known address for Mr. Romero be submitted to the Court so that Mr. Romero could be served with

the complaint in case number CV-09-1121. (Doc. 36). Defendants subsequently disclosed Mr. Romero's last known address under seal in April of 2010. (Doc. 37). Since that time, all defendants with the exception of Jose Romero waived service and submitted answers to the two consolidated complaints in this case. (Doc. 38; Doc. 39; Doc. 41). Defendant Romero failed to waive service, which required the Court to order the U.S. Marshal service to personally serve the complaint. (Doc. 46).

In July of 2010 the Marshal service personally served Mr. Romero with the complaint at the address provided by the defendants. (Doc. 48). Unfortunately, Mr. Romero was served with the wrong complaint, necessitating another Order by this Court for personal service of the complaint. (Doc. 52). Since then the Marshals have made two unsuccessful attempts to serve Mr. Romero at the address provided by defendants and the Marshal service claims that the property now appears to be abandoned. (Doc. 55).

**IT IS THEREFORE ORDERED** that defendants provide the Court with the last known address for Defendant Jose Romero. Defendants are ordered to provide the last known address by December 17, 2010. Defendants may provide Defendant Jose Romero's address under seal.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE