**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JORGE CASANOVA

        Plaintiff,

v.                                                                                                       CIV 08-0288 JAP/CG

ROBERT ULIBARRI, Warden

        Defendants.

## ORDER

**THIS MATTER** is before the Court on *Plaintiff's Motion for Postponement Until March 20 of the Submission of the Proposed Disposition in Accordance with Document 93 by the United States District Judge James A. Parker* ("Motion"), filed on March 11, 2013, (Doc. 16).[1]  In his Motion, Plaintiff requests that the submission of any recommended disposition be postponed until after March 20, 2013 so that he may file a motion of "great significance to the Order referring the case to the Magistrate Judge." The Court finds this motion to be well-taken and Plaintiff's Motion is **GRANTED**.

The Court also takes this opportunity to remind Plaintiff that all claims against Defendants Central New Mexico Correction Department, Jose Romero, and Ray Garcia have been dismissed.  The Judgment entered by Chief United States District Judge Bruce D. Black dismissing Plaintiff's claims against all Defendants in cause 09-cv-1121, (Doc. 78), was affirmed by the United States Court of Appeals for the Tenth Circuit on November 20, 2012.  (Doc. 91-1).  Defendant Robert Ulibarri is the only remaining Defendant against whom Plaintiff has claims.  To evaluate Plaintiff's claims against

---

[1] Plaintiff's Motion was filed in 09-cv-1121 JAP-CG, Doc. 16.  The Court reminds Plaintiff that this case has been consolidated with 08-cv-288 JAP-CG.  To minimize confusion, this Order is being filed in both dockets, but all future motions and orders will be filed only in 08-cv-288 JAP-CG.

Defendant Ulibarri, the Court will order supplemental briefing no later than March 25, 2013.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE