IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORGE CASANOVA

        Plaintiff,

v.                                                          CIV 08-0288 JAP/CG

ROBERT ULIBARRI, Warden

        Defendant.

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on *Defendant's Motion for Extension of Time to File His Reply in Support of His Motion to Dismiss [Doc. 116]* ("Motion"), filed on August 13, 2013, (Doc. 122). In his Motion, Defendant explains that a new attorney was assigned to this case on August 13, 2013; Defendant requests an extension of fourteen days within which to file his Reply in support of his *Motion to Dismiss*, (Doc. 116), which shall also include arguments and evidence responsive to *Plaintiff's Supplemental Briefing – Dispositive Motion with Supporting Documentation*, (Doc. 104). The Court finds that this Motion is well-taken and should be granted.

Defendant should review the *Order for Supplemental Briefing*, filed on March 26, 2013, (Doc. 99), for direction as to the issues that should be discussed in his Reply in support of his Motion to Dismiss/Response to Plaintiff's dispositive motion. All additional briefing submitted in this case shall closely adhere to the requirements set out in the Court's *Order for Supplemental Briefing*.

**IT IS SO ORDERED** that Defendant shall have until **Tuesday, September 3, 2013**, to file his Reply in support of his Motion to Dismiss and Response to Plaintiff's dispositive motion.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **Friday, September 20, 2013**, to file a Reply to Defendant's Response to Plaintiff's dispositive motion.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE