IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JORGE CASANOVA,

    Plaintiff,

v.                                                                         No. 08-cv-0288 JAP/CG

ROBERT ULIBARRI, Warden

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    September 16, 2016, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **September 16, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                               _____
                                                              **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.